**174**

The credible evidence left the trial court little choice but to deny the lien as the court could not ascertain the nonlienable items. *Farmington,* 627 S.W.2d at 650. The subcontractors did not meet their obligation of proving the claimed lienable items went into the structure sought to be impressed with a lien. *Kansas City Electrical Supply v. Bomar Electric Co.,* 581 S.W.2d 411, 413 (Mo.App.1979).

Judgment affirmed.

CRANDALL, P.J., and REINHARD, J., concur.

**ORDER**

PER CURIAM.

Defendant appeals from his conviction of fraudulent use of a credit device, § 570.130, RSMo (1978). Defendant was sentenced to seven years imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Victor Z. SMITH, Appellant.**

**No. 45353.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 5, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 19, 1983.

Application to Transfer Denied
June 30, 1983.

William J. Shaw, Public Defender, Robert J. Maurer, Asst. Public Defender, Clayton, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Westfall, Pros. Atty., Clayton, for respondent.

**Beverley Lorena FELKNER, Appellant,**

v.

**Gail William FELKNER, Respondent.**

**No. 45634.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 5, 1983.
Motion for Rehearing and/or Transfer to Supreme Court Denied
May 13, 1983.

